UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-49594 |
| | ) | |
| PERFEKT PUNCH MFG. CO. | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING FINAL
## COMPENSATION AND REIMBURSEMENT OF COSTS AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE

This matter coming on to be heard on the Final Application of Arnstein & Lehr LLP for Compensation and Reimbursement of Costs as Special Counsel to the Trustee filed by Arnstein & Lehr LLP, counsel for Joseph E. Cohen, chapter 7 trustee for the estate of Perfekt Punch Mfg. Co. (the "Trustee"), pursuant to section 11 U.S.C. § 330, Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedures, and Local Rule 5082-1, due notice of the Application having been given to all parties entitled thereto; and the court having reviewed the application;

IT IS HEREBY ORDERED that:

1. Mr. Chatz, Mr. Apostolides, and Mr. Morse ("special counsel") are allowed final compensation in the amount of $10,870.00 for legal services rendered as special counsel to the Trustee in adversary proceeding No. 11 A 2681.

2. The Trustee is authorized to pay $10,870.00 to special counsel as final compensation.

Enter:

Dated: 1 2 DEC 2012

United States Bankruptcy Judge