UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
PERFEKT PUNCH MFG. CO.                    §         Case No. 09-49594
                                          §
                     Debtor(s)            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $              [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No:        09-49594      ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:      PERFEKT PUNCH MFG. CO.

For Period Ending:  09/27/13

Trustee Name:              JOSEPH E. COHEN

Date Filed (f) or Converted (c):   12/31/09 (f)

341(a) Meeting Date:         01/25/10

Claims Bar Date:             05/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Account ending 2860 National Ci | 268.97 | 0.00 | | 0.00 | 0.00 |
| 2. Checking Account - Account ending 2879 National Ci | 350.15 | 0.00 | | 0.00 | 0.00 |
| 3. Checking Account - Account ending 2907 National Ci | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. Checking Account - Account ending 2852 National Ci | 959.57 | 0.00 | | 0.00 | 0.00 |
| 5. Perfekt Punch Mfg. Co. Retirement Plan EIN ending | 540,533.52 | 0.00 | | 0.00 | 0.00 |
| 6. Accounts Receivable as of December 31, 2009 | 17,191.10 | 0.00 | | 6,580.90 | 0.00 |
| 7. Possible common law interest in corporate names, & | 0.00 | Unknown | | 0.00 | Unknown |
| 8. Customer list based upon 2008 sales. | 0.00 | Unknown | | 0.00 | Unknown |
| 9. Office equipment and supplies: Receptionist desk 3 | 21,050.79 | 0.00 | | 10,000.00 | 0.00 |
| 10. Machinery, furnishings & supplies | 71,312.36 | 0.00 | | 0.00 | 0.00 |
| 11. Various punches, die bushings, retainers, collets, | 0.00 | 0.00 | | 88,635.26 | 0.00 |
| 12. UTILITY DEPOSIT (u) | 0.00 | 123.56 | | 123.56 | 0.00 |
| 13. INSURANCE REFUND (u) | 0.00 | 1,266.72 | | 1,266.72 | 0.00 |
| 14. FRAUDU CONVEYANCES (u) | Unknown | 150,000.00 | | 48,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 61.06 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $651,666.46          $151,390.28          $154,667.50          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS EMPLOYED AN AUCTIONEER TO CONDUCT A PUBLIC AUCTION OF THE DEBTORS ASSETS.  THE AUCTION WAS HELD AND THE

ESTATE NETTED APPROXIMATELY $98,000.00.  TRUSTEE TO INITIATE A PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS.  TRUSTEE

HAS FILED 8 ADVERSARY COMPLAINTS TO AVOID PREFERENTIAL AND FRAUDULENT CONVEYANACES.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-49594   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | PERFEKT PUNCH MFG. CO. | Date Filed (f) or Converted (c):   12/31/09 (f) |
| | | 341(a) Meeting Date:   01/25/10 |
| | | Claims Bar Date:   05/28/10 |

ADVERSARY COMPLAINTS ARE BEING LITIGATED AND SETTLED.  LITIGATION IS ONGOING.


Initial Projected Date of Final Report (TFR): 07/30/13        Current Projected Date of Final Report (TFR): 07/30/13

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-49594 -ABG | |
| Case Name: | PERFEKT PUNCH MFG. CO. | |
| Taxpayer ID No: | *******9059 | |
| For Period Ending: | 09/27/13 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1996 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 120,648.21 | | 120,648.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.37 | 120,573.84 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 76.83 | 120,497.01 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.29 | 120,422.72 |
| 12/14/12 | 300001 | ARNSTEIN & LEHR LLP | Attorney fees per court order | 3210-000 | | 10,870.00 | 109,552.72 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.37 | 109,479.35 |
| 01/22/13 | 14 | CROWLEY & LAMB for PNC Bank | Settlement of Adversary | 1241-000 | 30,000.00 | | 139,479.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.13 | 139,302.22 |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 146.60 | 139,155.62 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.06 | 138,968.56 |
| 03/18/13 | 300003 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 2,994.58 | 135,973.98 |
| 03/18/13 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 5,989.17 | 129,984.81 |
| * 03/18/13 | | ASSOCIATED BANK | BANK SERVICE FEE FOR FEBRUARY 2013 BANK SERVICE FEE | 2600-003 | | 177.13 | 129,807.68 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.38 | 129,606.30 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.71 | 129,419.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.67 | 129,226.92 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.18 | 129,040.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.12 | 128,848.62 |
| * 08/13/13 | | Reverses Adjustment OUT on 03/18/13 | BANK SERVICE FEE FOR FEBRUARY 2013 | 2600-003 | | -177.13 | 129,025.75 |

| | | |
|---|---|---|
| Page Subtotals | 150,648.21 | 21,622.46 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 09-49594  -ABG |
| Case Name: | PERFEKT PUNCH MFG. CO. |

| | |
|---|---|
| Taxpayer ID No: | *******9059 |
| For Period Ending: | 09/27/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1996  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 150,648.21 | 21,622.46 | 129,025.75 |
| | | | Less:  Bank Transfers/CD's | | 120,648.21 | 0.00 | |
| | | | Subtotal | | 30,000.00 | 21,622.46 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,000.00 | 21,622.46 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 09-49594 -ABG |
| Case Name: | PERFEKT PUNCH MFG. CO. |
| Taxpayer ID No: | *******9059 |
| For Period Ending: | 09/27/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1215  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 03/25/10 | 12 | AT & T | | 1229-000 | 123.56 | | 123.56 |
| * | 03/25/10 | 6 | accellent | ACCOUNT RECEIVABLE | 1121-003 | 950.98 | | 1,074.54 |
| | 03/25/10 | 9, 11 | american auction associates | Sale proceeds | 1129-000 | 98,635.26 | | 99,709.80 |
| | 03/26/10 | 13 | SENTRY INSURANCE | Insurance refund | 1290-000 | 1,266.72 | | 100,976.52 |
| | 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.13 | | 100,976.65 |
| | 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.11 | | 100,980.76 |
| | 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.25 | | 100,985.01 |
| | 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.11 | | 100,989.12 |
| | 07/21/10 | 6 | Riviera Finance | ACCOUNT RECEIVABLE | 1121-000 | 6,190.96 | | 107,180.08 |
| * | 07/21/10 | 000301 | Rivera Finance | ACCOUNT RECEIVABLE | 1121-003 | | 6,190.96 | 100,989.12 |
| * | 07/21/10 | 000301 | Rivera Finance | ACCOUNT RECEIVABLE | 1121-003 | | -6,190.96 | 107,180.08 |
| | 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.29 | | 107,184.37 |
| | 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.52 | | 107,188.89 |
| | 09/15/10 | 6 | RIVERA FINANCE | ACCOUNT RECEIVABLE | 1121-000 | 261.79 | | 107,450.68 |
| | 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.37 | | 107,455.05 |
| | 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.52 | | 107,459.57 |
| | 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.38 | | 107,463.95 |
| | 12/21/10 | 6 | SMITH HEMMESCH BURKE | ACCOUNT RECEIVABLE | 1121-000 | 128.15 | | 107,592.10 |
| | 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.52 | | 107,596.62 |
| | 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.53 | | 107,601.15 |
| * | 02/03/11 | 000302 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-003 | | 9,935.24 | 97,665.91 |
| | | | | Auctioneer Expenses | | | | |
| * | 02/08/11 | 000302 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-003 | | -9,935.24 | 107,601.15 |
| | 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.82 | | 107,601.97 |
| * | 03/03/11 | 6 | accellent | ACCOUNT RECEIVABLE | 1121-003 | -950.98 | | 106,650.99 |
| | 03/29/11 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 52.19 | 106,598.80 |
| | 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,599.71 |
| | 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.87 | | 106,600.58 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 106,652.77 | 52.19 |

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 09-49594 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PERFEKT PUNCH MFG. CO. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1215 BofA - Money Market Account |
| Taxpayer ID No: | *******9059 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,601.49 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 106,602.37 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.90 | | 106,603.27 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,604.18 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 106,605.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,605.97 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 135.81 | 106,470.16 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 106,471.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 131.26 | 106,339.78 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.89 | | 106,340.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 131.10 | 106,209.57 |
| 01/03/12 | | Transfer to Acct #*******2057 | TRANSFER TO WRITE CHECKS | 9999-000 | | 2,344.00 | 103,865.57 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.89 | | 103,866.46 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 136.51 | 103,729.95 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.82 | | 103,730.77 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 123.29 | 103,607.48 |
| 03/11/12 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 87.12 | 103,520.36 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.87 | | 103,521.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 127.33 | 103,393.90 |
| 04/02/12 | 14 | KATHERINE NEUMANN | Settlement of Adversary | 1241-000 | 18,000.00 | | 121,393.90 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.98 | | 121,394.88 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 150.54 | 121,244.34 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.03 | | 121,245.37 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 154.04 | 121,091.33 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.99 | | 121,092.32 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 143.92 | 120,948.40 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.03 | | 120,949.43 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 158.62 | 120,790.81 |

Page Subtotals  18,013.77  3,823.54

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-49594  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PERFEKT PUNCH MFG. CO. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1215  BofA - Money Market Account |
| Taxpayer ID No: | *******9059 | | |
| For Period Ending: | 09/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.96 | | 120,791.77 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 143.56 | 120,648.21 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 120,648.21 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 124,667.50 | 124,667.50 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 122,992.21 | |
| Subtotal | 124,667.50 | 1,675.29 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 124,667.50 | 1,675.29 | |

Page Subtotals                        0.96            120,791.77

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit B

| Case No: | 09-49594 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PERFEKT PUNCH MFG. CO. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2057  BofA - Checking Account |
| Taxpayer ID No: | *******9059 | | |
| For Period Ending: | 09/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/12 | | Transfer from Acct #*******1215 | TRANSFER TO WRITE CHECKS | 9999-000 | 2,344.00 | | 2,344.00 |
| 01/03/12 | 003001 | Joseph E. Cohen, Trustee | Reimbursement for 8 filing fees | 2700-000 | | 2,344.00 | 0.00 |
| | | | This is a reimbursement check for 8 adversary | | | | |
| | | | complaint filing fees paid by Trustees credit card. | | | | |
| | | | Case No. as follows:  11-02674 through 11-02681. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 2,344.00 | 2,344.00 | 0.00 |
| | Less:  Bank Transfers/CD's | | 2,344.00 | 0.00 | |
| | Subtotal | | 0.00 | 2,344.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 2,344.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1996 | 30,000.00 | 21,622.46 | 129,025.75 |
| BofA - Money Market Account - *******1215 | 124,667.50 | 1,675.29 | 0.00 |
| BofA - Checking Account - *******2057 | 0.00 | 2,344.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 154,667.50 | 25,641.75 | 129,025.75 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    2,344.00          2,344.00

| | | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | | Date: September 27, 2013 |

Case Number:    09-49594
Debtor Name:    PERFEKT PUNCH MFG. CO.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3110-00 | COHEN & KROL | Administrative | | $0.00 | $0.00 | $10,806.71 |
| 001 3210-00 | ARNSTEIN & LEHR | Administrative | | $0.00 | $10,870.00 | $10,870.00 |
| 001 2700-00 | CLERK, US BANKRUTCY COURT | Administrative | | $0.00 | $2,344.00 | $2,344.00 |
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY 130 E. RANDOLPH DRIVE CHICAGO, IL 60601 | Unsecured | | $0.00 | $235.42 | $235.42 |
| 000002 | Defrees & Fiske LLC 200 S. Michigan Ave Suite 1100 Chicago, IL 60604 Attn: Judson Todhunter | Unsecured | | $0.00 | $4,862.20 | $4,862.20 |
| 000003 | Carbide Products, Inc. P.O. Box 550 800 Clayton Ave. Georgetown, KY 40324-1571 | Unsecured | | $0.00 | $2,025.50 | $2,025.50 |
| 000004 | Somerville Plating Co. 1305 N. 31st Ave. Melrose Park, IL 60160 | Unsecured | | $0.00 | $5,429.80 | $5,429.80 |
| 000005 | Sureway Tool & Engineering Co. 2959 Hart Dr. Franklin Park, IL 60131 | Unsecured | | $0.00 | $4,000.00 | $4,000.00 |
| 000006 | Pioneer Roofing LLC 151 Maple St. P.O. Box 277 Johnson Creek, WI 53038-0277 | Unsecured | | $0.00 | $2,260.00 | $2,260.00 |
| 000007 | Pivot Punch Corporation 6550 Campbell Blvd. Lockport, NY 14094-9228 | Unsecured | | $0.00 | $32,663.60 | $32,663.60 |
| 000008 | Steiner Electric Company 1250 Touhy Ave. Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $433.69 | $433.69 |
| 000009A 040 5800-00 | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia PA 19114 | Priority | | $0.00 | $328,267.07 | $328,267.07 |

| | | | | | |
|---|---|---|---|---|---|
| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 27, 2013 |

Case Number:     09-49594
Debtor Name:     PERFEKT PUNCH MFG. CO.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009B | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | Unsecured | | $0.00 | $20,252.95 | $20,252.95 |
| 000010 | Hastings Air-Energy Control Inc<br>1793 Bloomingdale Rd<br>Glendale Heights, IL 60139 | Unsecured | | $0.00 | $11,070.12 | $11,070.12 |
| 000011 | Tooling & Manufacturing Assoc.<br>1177 S. Dee Rd.<br>Park Ridge, IL 60068-4396 | Unsecured | | $0.00 | $1,112.00 | $1,112.00 |
| 000012 | Aramark Uniform Services<br>American Financial Management Inc<br>3715 Ventura Drive<br>Arlington Hts, IL 60004 | Unsecured | | $0.00 | $4,396.00 | $4,396.00 |
| 000013 | Exact Software<br>North America, Inc.<br>35 Village Road 6th Floor<br>Middleton, MA 01949 | Unsecured | | $0.00 | $3,223.95 | $3,223.95 |
| 000014 | Thomas Publishing Co LLC<br>5 Penn Plaza<br>New York, NY 10001 | Unsecured | | $0.00 | $1,784.10 | $1,784.10 |
| 000015 | Pension Benefit Guaranty Corporation<br>Attn: Katie Burgess , Attorney<br>1200 K Street, NW , Suite 340<br>Washington, DC 20005-4026 | Unsecured | | $0.00 | $3,063,052.00 | $3,063,052.00 |
| 000016 | Pension Benefit Guaranty Corporation<br>Attn: Katie Burgess , Attorney<br>1200 K Street, NW , Suite 340<br>Washington, DC 20005-4026 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000017A<br>030<br>4220-00 | Pension Benefit Guaranty Corporation<br>Attn: Katie Burgess , Attorney<br>1200 K Street, NW , Suite 340<br>Washington, DC 20005-4026 | Secured | | $0.00 | $2,034,182.00 | $95,280.92 |
| 000017B<br>040<br>5400-00 | Pension Benefit Guaranty Corporation<br>Attn: Katie Burgess , Attorney<br>1200 K Street, NW , Suite 340<br>Washington, DC 20005-4026 | Priority | | $0.00 | $29,735.00 | $29,735.00 |
| 000018 | Pension Benefit Guaranty Corporation<br>Attn: Katie Burgess , Attorney<br>1200 K Street, NW , Suite 340<br>Washington, DC 20005-4026 | Unsecured | | $0.00 | $2,515,404.00 | $2,515,404.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $285.91 | $285.91 |

| Page 3 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 27, 2013 |

Case Number:   09-49594

Debtor Name:   PERFEKT PUNCH MFG. CO.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $8,077,889.31 | $6,149,794.94 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-49594
Case Name: PERFEKT PUNCH MFG. CO.
Trustee Name: JOSEPH E. COHEN

|  | Balance on hand | | | | $ | 129,025.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017A | Pension Benefit Guaranty Corporation Attn: Katie Burgess , Attorney 1200 K Street, NW , Suite 340 Washington, DC 20005-4026 | $ 2,034,182.00 | $ 95,280.92 | $ 0.00 | $ 95,280.92 |

|  |  |
|---|---|
| Total to be paid to secured creditors | $ 95,280.92 |
| Remaining Balance | $ 33,744.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 10,983.38 | $ 0.00 | $ 10,983.38 |
| Trustee Expenses: JOSEPH E. COHEN | $ 73.24 | $ 0.00 | $ 73.24 |
| Attorney for Trustee Fees: COHEN & KROL | $ 10,657.75 | $ 8,983.75 | $ 1,674.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 148.96 | $ 0.00 | $ 148.96 |
| Charges: CLERK, US BANKRUTCY COURT | $ 2,344.00 | $ 2,344.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: ARNSTEIN & LEHR | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia PA 19114 | $ | $ | $ |
| 000017B | Pension Benefit Guaranty Corporation Attn: Katie Burgess , Attorney 1200 K Street, NW , Suite 340 Washington, DC 20005-4026 | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE