UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                     §
                                           §
PERFEKT PUNCH MFG. CO.                     §       Case No. 09-49594
                                           §
         Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

         Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

         The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                          CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 11/08/2013 in Courtroom ,
                          North Branch Court
                          1792 Nicole Lane
                          Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                                Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | |
| PERFEKT PUNCH MFG. CO. | § | Case No. 09-49594 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 154,667.50 |
| and approved disbursements of | $ | 25,641.75 |
| leaving a balance on hand of[1] | $ | 129,025.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000017A | Pension Benefit Guaranty Corporation Attn: Katie Burgess, Attorney 1200 K Street, NW, Suite 340 Washington, DC 20005-4026 | $ 2,034,182.00 | $ 95,280.92 | $ 0.00 | $ 95,280.92 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 95,280.92 |
| Remaining Balance | $ | 33,744.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 10,983.38 | $ 0.00 | $ 10,983.38 |
| Trustee Expenses: JOSEPH E. COHEN | $ 73.24 | $ 0.00 | $ 73.24 |
| Attorney for Trustee Fees: COHEN & KROL | $ 10,657.75 | $ 8,983.75 | $ 1,674.00 |
| Charges: CLERK, US BANKRUTCY COURT | $ 2,344.00 | $ 2,344.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 285.91 | $ 285.91 | $ 0.00 |
| Other: COHEN & KROL- Expenses | $ 148.96 | $ 0.00 | $ 148.96 |
| Other: ARNSTEIN & LEHR | $ 10,870.00 | $ 10,870.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     12,879.58

Remaining Balance     $     20,865.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 358,002.07  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | $ 328,267.07 | $ 0.00 | $ 19,132.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017B | Pension Benefit Guaranty Corporation Attn: Katie Burgess , Attorney 1200 K Street, NW , Suite 340 Washington, DC 20005-4026 | $ 29,735.00 | $ 0.00 | $ 1,733.03 |
| | Total to be paid to priority creditors | | $ | 20,865.25 |
| | Remaining Balance | | $ | 0.00 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

NONE

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
　　　　　　　　　　　　　　　　TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-49594-ABG
Perfekt Punch Mfg. Co.                                                Chapter 7
    Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: bchavez               Page 1 of 3                   Date Rcvd: Oct 01, 2013
                              Form ID: pdf006             Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
```
db         +Perfekt Punch Mfg. Co.,    3100 20th St.,    Zion, IL 60099-1482
14916370    1885 Holste LLC,    P.O. Box 791,    Lincolnshire, IL 60069-0791
14916374   +AMTMA,   Tool Manufacturers Assoc.,    8562 East Avenue,    Mentor, OH 44060-4302
14916371   +Alarm Detection Systems, Inc.,    1111 Church Rd.,    Aurora, IL 60505-1905
14916372   #+American Eagle.Com, Inc.,    1 S. Northwest Hwy.,    3rd Floor,    Park Ridge, IL 60068-4240
14916373    American Funds,    P.O. Box 6007,    Indianapolis, IN 46206-6007
14916375   +Aramark Uniform Services,    American Financial Management Inc,    3715 Ventura Drive,
             Arlington Hts, IL 60004-7696
14916377   +Calco Ltd.,    960 Muirfield,    Hanover Park, IL 60133-5457
14916378   +Capital One FSB,    P.O. Box 60067,    City Of Industry, CA 91716
14916379    Carbide Products, Inc.,    P.O. Box 550,    800 Clayton Ave.,    Georgetown, KY 40324-1571
14916381   +Cintas Fire Protection,    1870 Brummel Dr.,    Elk Grove Village, IL 60007-2121
14916382   +City of Zion,    2828 Sheridan Rd.,    Zion, IL 60099-2674
14916384   #Cook County Photocopy Co., Inc.,    1600 W. Jarvis Ave.,    Elk Grove Village, IL 60007-2404
14916385   +Defrees & Fiske LLC,    200 S. Michigan Ave Suite 1100,    Chicago, IL 60604-2480,
             Attn: Judson Todhunter
14916386   +ECreativeWorks, Inc.,    13220 County Road 6, Suite 150,    Minneapolis, MN 55441-3818
14916387   +Exact Software,   North America, Inc.,    35 Village Road 6th Floor,    Middleton, MA 01949-1235
14916388   +Expert Metal Finishing,    1900 N. Austin Ave.,    Box 34,    Chicago, IL 60639-5010
14916390   +FPM Heat Treating,    1501 Lively Blvd.,    Elk Grove Village, IL 60007-5095
14916389   +First American Bank,    500 E. Grand Ave.,    Lake Villa, IL 60046-7859
14916391   +G&S Services,    38735 N. Bayonne Ave.,    Beach Park, IL 60087-1127
14916392   +Guhring, Inc.,    1445 Commerce Ave.,    Brookfield, WI 53045-5289
14916393   +Hastings Air-Energy Control Inc,    1793 Bloomingdale Rd,    Glendale Heights, IL 60139-3800
14916394   +Hudson Energy,    6740 Paysphere Circle,    Chicago, IL 60674-0067
14916395    Illinois Dept. of Empl. Sec. (p),    Bankruptcy Unit,    3rd Fl., 401 S. State St.,
             Chicago, IL 60605
15012633   +John Frank,    Barry Serota & Associates,    3715 Ventura Dr,    Arlington Hts, IL 60004-7678
14916398   +Ken Neumann,    N12080 Allison Lane,    Silver Cliff, WI 54104-9411
14916400   +Lane Punch Corporation,    281 Lane Parkway,    Salisbury, NC 28146-9745
14916401    Mastercard Corp Clients,    Payment Center,    P.O. Box 71878,    Chicago, IL 60694-1187
14916402   +Merit Benefits Group, Inc.,    2001 Midwest Rd.,    Suite 306,    Oak Brook, IL 60523-4358
14916405   +NC Tool & Gage,    P.O. Box 413,    Wyandotte, MI 48192-0413
14916403   +National City Bank,    P.O. Box 8043,    Royal Oak, MI 48068-8043
14916404   +National Retirement Services,    2838-F Queen City Dr.,    Charlotte, NC 28208-2738
14916407   +Nigro, Westfall & Gryska, P.C.,    1793 Bloomingdale Rd.,    Glendale Heights, IL 60139-2187
14916408    North Shore Gas,    P.O. Box A3991,    Chicago, IL 60690-3991
14916409    North Shore Sanitary District,    602 South O'Plaine Road,    Gurnee, IL 60031
14973058   +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
18354298   +PNC Bank, National Association,    James M Crowley,    Crowley & Lamb, P.C.,
             221 N LaSalle Street, Suite 1550,    Chicago, IL 60601-1224
18354305   +PNC Bank, National Association,    Jennifer L Hamilton,    Crowley & Lamb, P.C.,
             221 N LaSalle Street Suite 1550,    Chicago, IL 60601-1224
14916411    Perkins Products, Inc.,    7025 W. 66th Place,    Bedford Park, IL 60638-4703
14916412   +Pioneer Roofing LLC,    151 Maple St.,    P.O. Box 277,    Johnson Creek, WI 53038-0277
14916413    Pivot Punch Corporation,    6550 Campbell Blvd.,    Lockport, NY 14094-9228
14916414    Precision Punch Corp.,    304 Christian Ln.,    P.O. Box 7087,    Berlin, CT 06037-7087
14916415    Quality Expo,    Canon Communications LLC,    Dept. LA 22178,    Pasadena, CA 91185-2178
14916419   +RMS,    4836 Brecksville Rd.,    P.O. Box 509,    Richfield, OH 44286-0509
14916416   +Racine Heat Treating,    1215 Eight St.,    Racine, WI 53403-1399
14916417   +Riviera Finance a/k/a,    Riviera Finance of Texas, Inc.,    17 W/ 415 Roosevelt Rd,
             Oakbrook Terrace, IL 60181-3534
14916418   +Riviera Finance of Texas, Inc.,    17 W 415 Roosevelt Rd.,    Oakbrook Terrace, IL 60181-3534
14916422   +SGM Architects,    365 Glen Farm Ln.,    Lake Zurich, IL 60047-2633
14916420   +Schwartz Wolf & Bernstein LLP,    Buffalo Grove Towncenter,    314 N. McHenry Rd., Suite D,
             Buffalo Grove, IL 60089-2430
14916423   +Smith Hemmesch, Burke, Brannigan &,    Guerin,    10 S. LaSalle St., Suite 2660,
             Chicago, IL 60603-1046
14916424   +Somerville Plating Co.,    1305 N. 31st Ave.,    Melrose Park, IL 60160-2907
14916425   +Steiner Electric Company,    1250 Touhy Ave.,    Elk Grove Village, IL 60007-4985
14916426   +Sureway Tool & Engineering Co.,    2959 Hart Dr.,    Franklin Park, IL 60131-2213
14916431   +TS Grinding,    208 Sumac Ct.,    Schaumburg, IL 60193-1568
14916429   +Thomas Publishing Co LLC,    5 Penn Plaza,    New York, NY 10001-1860
14916428    Tooling & Manufacturing Assoc.,    1177 S. Dee Rd.,    Park Ridge, IL 60068-4396
14916430   #+Tru-Cut Tool & Supply Co.,    3820 W. 128th Place,    Alsip, IL 60803-1517
14916433    UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
14916432   +Ultra Punch & Die Corp.,    P.O. Box 353,    8 N. Main St.,    Boonton, NJ 07005-8738
14916434    Veolia ES Solid Waste Midwest,    P.O. Box 6484,    Carol Stream, IL 60197-6484
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3                  Date Rcvd: Oct 01, 2013
                              Form ID: pdf006            Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14916376       E-mail/Text: g17768@att.com Oct 02 2013 02:36:54      AT&T,    P.O. Box 8100,
               Aurora, IL 60507-8100
14916383      +E-mail/Text: legalcollections@comed.com Oct 02 2013 02:35:23       ComEd Company,
               Attn Revenue Management Dept,   2100 Swift Drive,    Oak Brook IL 60523-1559
14916396       E-mail/Text: cio.bncmail@irs.gov Oct 02 2013 02:29:39        Department of the Treasury,
               Internal Revenue Service,   Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia PA 19114
14916399      +E-mail/Text: sdvorak@lakecountyil.gov Oct 02 2013 02:36:20       Lake County Treasurer,
               18 N. County St., Room 102,    Waukegan, IL 60085-4361
14916406       E-mail/Text: bankruptcies@armscoinc.com Oct 02 2013 02:41:40        NEOPOST Inc.,    P.O. Box 45800,
               San Francisco, CA 94145-0800
14916410       Fax: 202-326-4112 Oct 02 2013 02:50:37      Pension Benefit Guaranty Corporation,
               Attn: Katie Burgess , Attorney,   1200 K Street, NW , Suite 340,    Washington, DC 20005-4026
14916421       E-mail/Text: sherri.garsomke@sentry.com Oct 02 2013 02:36:53        Sentry Insurance,
               1800 N. Point Dr.,    P.O. Box 8019,   Stevens Point, WI 54481-8019
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14916380     ##+Centerless Blade Mfg. Co.,    2044 W. 166th St.,    #C,   Torrance, CA 90504-1900
14916397     ##+Katherine Neumann,    28 Dukes Lane,   Lincolnshire, IL 60069-3321
14916427     ##+Thomas Conveyor,    28 Hillside Ave.,   P.O. Box 736,    Hillside, IL 60162-0736
                                                                                          TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2013 at the address(es) listed below:
              Barry A Chatz   on behalf of Plaintiff Joseph E. Cohen bachatz@arnstein.com,
               jbmedziak@arnstein.com
              E. Philip Groben    on behalf of Plaintiff Joseph E. Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Francis J. Pendergast, III    on behalf of Creditor    PNC Bank, National Association, successor in
               interest to National City Bank fpendergast@crowleylamb.com,
               ibenavides@crowleylamb.com;docket@crowleylamb.com
              George P Apostolides    on behalf of Trustee Joseph E Cohen gpapostolides@arnstein.com,
               jbmedziak@arnstein.com
              George P Apostolides    on behalf of Plaintiff Joseph E. Cohen gpapostolides@arnstein.com,
               jbmedziak@arnstein.com
              Gina B Krol, ESQ   on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              James M. Crowley    on behalf of Creditor    PNC Bank, National Association, successor in interest
               to National City Bank jcrowley@crowleylamb.com,   docket@crowleylamb.com;mmusto@crowleylamb.com
              James M. Crowley    on behalf of Defendant    PNC Bank, as successor in interest to National City
               Bank jcrowley@crowleylamb.com,   docket@crowleylamb.com;mmusto@crowleylamb.com
              Jennifer L. Hamilton    on behalf of Creditor    PNC Bank, National Association, successor in
               interest to National City Bank jhamilton@crowleylamb.com,
               docket@crowleylamb.com;raguilar@crowleylamb.com;mmusto@crowleylamb.com
```

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Oct 01, 2013
                              Form ID: pdf006            Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jennifer L. Hamilton    on behalf of Defendant    PNC Bank, as successor in interest to National
               City Bank jhamilton@crowleylamb.com,
               docket@crowleylamb.com;raguilar@crowleylamb.com;mmusto@crowleylamb.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com
              Joseph E Cohen    on behalf of Plaintiff Joseph E. Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Kevin H Morse    on behalf of Trustee Joseph E Cohen khmorse@arnstein.com
              Michael L Ralph, Sr    on behalf of Debtor    Perfekt Punch Mfg. Co. mralph@rss-chtd.com,
               vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,   law_4321@yahoo.com
                                                                                             TOTAL: 20
```