# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                        §
                                              §
PERFEKT PUNCH MFG. CO.                        §        Case No. 09-49594
                                              §
              Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pension Benefit Guaranty Corp. 1200 K St., N.W. Washington, DC 20005 | | | | | |
| | Riviera Finance of Texas, Inc. 17 W 415 Roosevelt Rd. Oakbrook Terrace, IL 60181 | | | | | |
| 000017A | PENSION BENEFIT GUARANTY CORPORATIO | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| CLERK, US BANKRUTCY COURT | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| ARNSTEIN & LEHR | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept. of Empl. Sec. (p) Bankruptcy Unit 3rd Fl., 401 S. State St. Chicago, IL 60605 | | | | | |
| | Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Lake County Treasurer 18 N. County St., Room 102 Waukegan, IL 60085 | | | | | |
| 000017B | PENSION BENEFIT GUARANTY CORPORATIO | | | | | |
| 000009A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1885 Holste LLC P.O. Box 791 Lincolnshire, IL 60069-0791 | | | | | |
| | AMTMA Tool Manufacturers Assoc. 8562 East Avenue Mentor, OH 44060 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Alarm Detection Systems, Inc. 1111 Church Rd. Aurora, IL 60505 | | | | | |
| | American Eagle.Com, Inc. 1 S. Northwest Hwy. 3rd Floor Park Ridge, IL 60068-4226 | | | | | |
| | American Funds P.O. Box 6007 Indianapolis, IN 46206-6007 | | | | | |
| | Calco Ltd. 960 Muirfield Hanover Park, IL 60133 | | | | | |
| | Capital One FSB P.O. Box 60067 City Of Industry, CA 91716-0087 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carbide Products, Inc. P.O. Box 550 800 Clayton Ave. Georgetown, KY 40324-1571 | | | | | |
| | Centerless Blade Mfg. Co. 2044 W. 166th St. #C Torrance, CA 90504 | | | | | |
| | Cintas Fire Protection 1870 Brummel Dr. Elk Grove Village, IL 60007 | | | | | |
| | City of Zion 2828 Sheridan Rd. Zion, IL 60099 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Cook County Photocopy Co., Inc. 1600 W. Jarvis Ave. Elk Grove Village, IL 60007-2404 | | | | | |
| | Defrees & Fiske LLC 200 S. Michigan Ave. Suite 1100 Chicago, IL 60604 | | | | | |
| | ECreativeWorks, Inc. 13220 County Road 6, Suite 150 Minneapolis, MN 55441 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exact Software North America, Inc. 1948 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Expert Metal Finishing 1900 N. Austin Ave. Box 34 Chicago, IL 60639 | | | | | |
| | FPM Heat Treating 1501 Lively Blvd. Elk Grove Village, IL 60007 | | | | | |
| | First American Bank 500 E. Grand Ave. Lake Villa, IL 60046 | | | | | |
| | G&S Services 38735 N. Bayonne Ave. Beach Park, IL 60087 | | | | | |
| | Guhring, Inc. 1445 Commerce Ave. Brookfield, WI 53045 | | | | | |
| | Hastings Air-Energy Control 5555 S. Westridge Dr. New Berlin, WI 53151-7900 | | | | | |
| | Hudson Energy 6740 Paysphere Circle Chicago, IL 60674 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Katherine Neumann 28 Dukes Lane Lincolnshire, IL 60069 | | | | | |
| | Lane Punch Corporation 281 Lane Parkway Salisbury, NC 28146 | | | | | |
| | Mastercard Corp Clients Payment Center P.O. Box 71878 Chicago, IL 60694-1187 | | | | | |
| | Merit Benefits Group, Inc. 2001 Midwest Rd. Suite 306 Oak Brook, IL 60523 | | | | | |
| | NC Tool & Gage P.O. Box 413 Wyandotte, MI 48192 | | | | | |
| | NEOPOST Inc. P.O. Box 45800 San Francisco, CA 94145-0800 | | | | | |
| | National City Bank P.O. Box 8043 Royal Oak, MI 48068 | | | | | |
| | National Retirement Services 2838-F Queen City Dr. Charlotte, NC 28208 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nigro, Westfall & Gryska, P.C. 1793 Bloomingdale Rd. Glendale Heights, IL 60139 | | | | | |
| | North Shore Gas P.O. Box A3991 Chicago, IL 60690-3991 | | | | | |
| | North Shore Sanitary District 602 South O'Plaine Road Gurnee, IL 60031 | | | | | |
| | Perkins Products, Inc. 7025 W. 66th Place Bedford Park, IL 60638-4703 | | | | | |
| | Pioneer Roofing 151 Maple St. P.O. Box 277 Johnson Creek, WI 53038-0277 | | | | | |
| | Pivot Punch Corporation 6550 Campbell Blvd. Lockport, NY 14094-9228 | | | | | |
| | Precision Punch Corp. 304 Christian Ln. P.O. Box 7087 Berlin, CT 06037-7087 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quality Expo Canon Communications LLC Dept. LA 22178 Pasadena, CA 91185-2178 | | | | | |
| | RMS 4836 Brecksville Rd. P.O. Box 509 Richfield, OH 44286 | | | | | |
| | Racine Heat Treating 1215 Eight St. Racine, WI 53403 | | | | | |
| | SGM Architects 365 Glen Farm Ln. Lake Zurich, IL 60047 | | | | | |
| | Schwartz Wolf & Bernstein LLP Buffalo Grove Towncenter 314 N. McHenry Rd., Suite D Buffalo Grove, IL 60089 | | | | | |
| | Sentry Insurance 1800 N. Point Dr. P.O. Box 8019 Stevens Point, WI 54481-8019 | | | | | |
| | Smith Hemmesch, Burke, Brannigan & Guerin 10 S. LaSalle St., Suite 2660 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Somerville Plating Co. 1305 N. 31st Ave. Melrose Park, IL 60160 | | | | | |
| | Steiner Electric Company 1250 Touhy Ave. Elk Grove Village, IL 60007 | | | | | |
| | Sureway Tool & Engineering Co. 2959 Hart Dr. Franklin Park, IL 60131 | | | | | |
| | TPCo LLC Dept. CH 14193 Palatine, IL 60055-4193 | | | | | |
| | TS Grinding 208 Sumac Ct. Schaumburg, IL 60193 | | | | | |
| | Thomas Conveyor 28 Hillside Ave. P.O. Box 736 Hillside, IL 60162-0738 | | | | | |
| | Tooling & Manufacturing Assoc. 1177 S. Dee Rd. Park Ridge, IL 60068-4396 | | | | | |
| | Tru-Cut Tool & Supply Co. 3820 W. 128th Place Alsip, IL 60803 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | | | |
| | Ultra Punch & Die Corp. P.O. Box 353 8 N. Main St. Boonton, NJ 07005 | | | | | |
| | Veolia ES Solid Waste Midwest P.O. Box 6484 Carol Stream, IL 60197-6484 | | | | | |
| 000012 | ARAMARK UNIFORM SERVICES | | | | | |
| 000003 | CARBIDE PRODUCTS, INC. | | | | | |
| 000002 | DEFREES & FISKE LLC | | | | | |
| 000009B | DEPARTMENT OF THE TREASURY | | | | | |
| 000013 | EXACT SOFTWARE | | | | | |
| 000010 | HASTINGS AIR-ENERGY CONTROL INC | | | | | |
| 000015 | PENSION BENEFIT GUARANTY CORPORATIO | | | | | |
| 000016 | PENSION BENEFIT GUARANTY CORPORATIO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | PENSION BENEFIT GUARANTY CORPORATIO | | | | | |
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | | | | | |
| 000006 | PIONEER ROOFING LLC | | | | | |
| 000007 | PIVOT PUNCH CORPORATION | | | | | |
| 000004 | SOMERVILLE PLATING CO. | | | | | |
| 000008 | STEINER ELECTRIC COMPANY | | | | | |
| 000005 | SUREWAY TOOL & ENGINEERING CO. | | | | | |
| 000014 | THOMAS PUBLISHING CO LLC | | | | | |
| 000011 | TOOLING & MANUFACTURING ASSOC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-49594 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | PERFEKT PUNCH MFG. CO. | | |

For Period Ending: 02/13/14

Trustee Name:   JOSEPH E. COHEN
Date Filed (f) or Converted (c):   12/31/09 (f)
341(a) Meeting Date:   01/25/10
Claims Bar Date:   05/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Account ending 2860 National Ci | 268.97 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Account ending 2879 National Ci | 350.15 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Account ending 2907 National Ci | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account - Account ending 2852 National Ci | 959.57 | 0.00 | | 0.00 | FA |
| 5. Perfekt Punch Mfg. Co. Retirement Plan EIN ending | 540,533.52 | 0.00 | | 0.00 | FA |
| 6. Accounts Receivable as of December 31, 2009 | 17,191.10 | 0.00 | | 6,580.90 | FA |
| 7. Possible common law interest in corporate names, & | 0.00 | Unknown | | 0.00 | Unknown |
| 8. Customer list based upon 2008 sales. | 0.00 | Unknown | | 0.00 | Unknown |
| 9. Office equipment and supplies: Receptionist desk 3 | 21,050.79 | 0.00 | | 10,000.00 | FA |
| 10. Machinery, furnishings & supplies | 71,312.36 | 0.00 | | 0.00 | FA |
| 11. Various punches, die bushings, retainers, collets, | 0.00 | 0.00 | | 88,635.26 | FA |
| 12. UTILITY DEPOSIT (u) | 0.00 | 123.56 | | 123.56 | FA |
| 13. INSURANCE REFUND (u) | 0.00 | 1,266.72 | | 1,266.72 | FA |
| 14. FRAUDU CONVEYANCES (u) | Unknown | 150,000.00 | | 48,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 61.06 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $651,666.46 | $151,390.28 | | $154,667.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS EMPLOYED AN AUCTIONEER TO CONDUCT A PUBLIC AUCTION OF THE DEBTORS ASSETS.  THE AUCTION WAS HELD AND THE
AUCTION NETTED APPROXIMATELY $98,000.00.  TRUSTEE TO INITIATE A PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS.  TRUSTEE
HAS FILED 8 ADVERSARY COMPLAINTS TO AVOID PREFERENTIAL AND FRAUDULENT CONVEYANACES.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-49594    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | PERFEKT PUNCH MFG. CO. | Date Filed (f) or Converted (c):    12/31/09 (f) |
| | | 341(a) Meeting Date:    01/25/10 |
| | | Claims Bar Date:    05/28/10 |

ADVERSARY COMPLAINTS ARE BEING LITIGATED AND SETTLED.  LITIGATION IS ONGOING.  TRUSTEE HAS SETTLED PENDING LAWSUITS.
TRUSTEE PREPARING HIS FINAL REPORT.  TRUSTEE HAS FILED HIS FINAL REPORT WITH THE COURT.
THE FINAL HEARING WAS HELD AND ALL FUNDS HAVE NOW CLEARED THE BANK.  THE TRUSTEE WILL FILE HIS TDR SHORTLY January 14,
2014.


Initial Projected Date of Final Report (TFR): 07/30/13          Current Projected Date of Final Report (TFR): 10/31/13

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-49594 -ABG | |
| Case Name: | PERFEKT PUNCH MFG. CO. | |

Taxpayer ID No: *******9059
For Period Ending: 02/13/14

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******1996 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 120,648.21 | | 120,648.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.37 | 120,573.84 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 76.83 | 120,497.01 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.29 | 120,422.72 |
| 12/14/12 | 300001 | ARNSTEIN & LEHR LLP | Attorney fees per court order | 3210-000 | | 10,870.00 | 109,552.72 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.37 | 109,479.35 |
| 01/22/13 | 14 | CROWLEY & LAMB for PNC Bank | Settlement of Adversary | 1241-000 | 30,000.00 | | 139,479.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.13 | 139,302.22 |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 146.60 | 139,155.62 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.06 | 138,968.56 |
| 03/18/13 | 300003 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 2,994.58 | 135,973.98 |
| 03/18/13 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 5,989.17 | 129,984.81 |
| * 03/18/13 | | ASSOCIATED BANK | BANK SERVICE FEE FOR FEBRUARY 2013 BANK SERVICE FEE | 2600-003 | | 177.13 | 129,807.68 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.38 | 129,606.30 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.71 | 129,419.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.67 | 129,226.92 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.18 | 129,040.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.12 | 128,848.62 |
| * 08/13/13 | | Reverses Adjustment OUT on 03/18/13 | BANK SERVICE FEE FOR FEBRUARY 2013 | 2600-003 | | -177.13 | 129,025.75 |
| 11/08/13 | 300005 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 10,983.38 | 118,042.37 |
| 11/08/13 | 300006 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 73.24 | 117,969.13 |

| | Page Subtotals | 150,648.21 | 32,679.08 |
|---|---|---|---|

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-49594  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PERFEKT PUNCH MFG. CO. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1996  Checking Account |
| Taxpayer ID No: | *******9059 | | |
| For Period Ending: | 02/13/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 11/08/13 | 300007 | COHEN & KROL | Attorney fees per court order | 3110-000 | | 1,116.00 | 116,853.13 |
| 11/08/13 | 300008 | COHEN & KROL | Trustee Expenses | 3120-000 | | 148.96 | 116,704.17 |
| 11/08/13 | 300009 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 558.00 | 116,146.17 |
| 11/08/13 | 300010 | Pension Benefit Guaranty Corporation | Claim 000017A, Payment 100.00000% | 4220-000 | | 95,280.92 | 20,865.25 |
| | | Attn: Katie Burgess , Attorney | | | | | |
| | | 1200 K Street, NW , Suite 340 | | | | | |
| | | Washington, DC 20005-4026 | | | | | |
| 11/08/13 | 300011 | Department of the Treasury | Claim 000009A, Payment 5.82825% | 5800-000 | | 19,132.22 | 1,733.03 |
| | | Internal Revenue Service | | | | | |
| | | Centralized Insolvency Operations | | | | | |
| | | PO Box 21126 | | | | | |
| | | Philadelphia PA 19114 | | | | | |
| 11/08/13 | 300012 | Pension Benefit Guaranty Corporation | Claim 000017B, Payment 5.82825% | 5400-000 | | 1,733.03 | 0.00 |
| | | Attn: Katie Burgess , Attorney | | | | | |
| | | 1200 K Street, NW , Suite 340 | | | | | |
| | | Washington, DC 20005-4026 | | | | | |

| | | | COLUMN TOTALS | | 150,648.21 | 150,648.21 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 120,648.21 | 0.00 | |
| | | | Subtotal | | 30,000.00 | 150,648.21 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,000.00 | 150,648.21 | |

Page Subtotals            0.00            117,969.13

Ver: 17.05

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-49594 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: PERFEKT PUNCH MFG. CO. | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******1215  BofA - Money Market Account |
| Taxpayer ID No: *******9059 | |
| For Period Ending: 02/13/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/10 | 12 | AT & T | | 1229-000 | 123.56 | | 123.56 |
| * 03/25/10 | 6 | accellent | ACCOUNT RECEIVABLE | 1121-003 | 950.98 | | 1,074.54 |
| 03/25/10 | 9, 11 | american auction associates | Sale proceeds | 1129-000 | 98,635.26 | | 99,709.80 |
| 03/26/10 | 13 | SENTRY INSURANCE | Insurance refund | 1290-000 | 1,266.72 | | 100,976.52 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.13 | | 100,976.65 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.11 | | 100,980.76 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.25 | | 100,985.01 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.11 | | 100,989.12 |
| 07/21/10 | 6 | Riviera Finance | ACCOUNT RECEIVABLE | 1121-000 | 6,190.96 | | 107,180.08 |
| * 07/21/10 | 000301 | Rivera Finance | ACCOUNT RECEIVABLE | 1121-003 | | 6,190.96 | 100,989.12 |
| * 07/21/10 | 000301 | Rivera Finance | ACCOUNT RECEIVABLE | 1121-003 | | -6,190.96 | 107,180.08 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.29 | | 107,184.37 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.52 | | 107,188.89 |
| 09/15/10 | 6 | RIVERA FINANCE | ACCOUNT RECEIVABLE | 1121-000 | 261.79 | | 107,450.68 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.37 | | 107,455.05 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.52 | | 107,459.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.38 | | 107,463.95 |
| 12/21/10 | 6 | SMITH HEMMESCH BURKE | ACCOUNT RECEIVABLE | 1121-000 | 128.15 | | 107,592.10 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.52 | | 107,596.62 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.53 | | 107,601.15 |
| * 02/03/11 | 000302 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-003 | | 9,935.24 | 97,665.91 |
| | | | Auctioneer Expenses | | | | |
| * 02/08/11 | 000302 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-003 | | -9,935.24 | 107,601.15 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.82 | | 107,601.97 |
| * 03/03/11 | 6 | accellent | ACCOUNT RECEIVABLE | 1121-003 | -950.98 | | 106,650.99 |
| 03/29/11 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 52.19 | 106,598.80 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,599.71 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.87 | | 106,600.58 |

| | | | | Page Subtotals | 106,652.77 | 52.19 | |

Ver: 17.05

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-49594  -ABG | |
| Case Name: | PERFEKT PUNCH MFG. CO. | |
| | | |
| Taxpayer ID No: | *******9059 | |
| For Period Ending: | 02/13/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1215  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,601.49 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 106,602.37 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.90 | | 106,603.27 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,604.18 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 106,605.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 106,605.97 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 135.81 | 106,470.16 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 106,471.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 131.26 | 106,339.78 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.89 | | 106,340.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 131.10 | 106,209.57 |
| 01/03/12 | | Transfer to Acct #*******2057 | TRANSFER TO WRITE CHECKS | 9999-000 | | 2,344.00 | 103,865.57 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.89 | | 103,866.46 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 136.51 | 103,729.95 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.82 | | 103,730.77 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 123.29 | 103,607.48 |
| 03/11/12 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 87.12 | 103,520.36 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.87 | | 103,521.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 127.33 | 103,393.90 |
| 04/02/12 | 14 | KATHERINE NEUMANN | Settlement of Adversary | 1241-000 | 18,000.00 | | 121,393.90 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.98 | | 121,394.88 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 150.54 | 121,244.34 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.03 | | 121,245.37 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 154.04 | 121,091.33 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.99 | | 121,092.32 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 143.92 | 120,948.40 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.03 | | 120,949.43 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 158.62 | 120,790.81 |

| | | |
|---|---|---|
| Page Subtotals | 18,013.77 | 3,823.54 |

Ver: 17.05

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-49594  -ABG | |
| Case Name: | PERFEKT PUNCH MFG. CO. | |
| | | |
| Taxpayer ID No: | *******9059 | |
| For Period Ending: | 02/13/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1215  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.96 | | 120,791.77 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 143.56 | 120,648.21 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 120,648.21 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 124,667.50 | 124,667.50 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 122,992.21 | |
| Subtotal | | 124,667.50 | 1,675.29 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 124,667.50 | 1,675.29 | |

Page Subtotals                0.96        120,791.77

Ver: 17.05

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-49594 -ABG | |
| Case Name: | PERFEKT PUNCH MFG. CO. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2057  BofA - Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******9059 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/12 | | Transfer from Acct #*******1215 | TRANSFER TO WRITE CHECKS | 9999-000 | 2,344.00 | | 2,344.00 |
| 01/03/12 | 003001 | Joseph E. Cohen, Trustee | Reimbursement for 8 filing fees | 2700-000 | | 2,344.00 | 0.00 |
| | | | This is a reimbursement check for 8 adversary | | | | |
| | | | complaint filing fees paid by Trustees credit card. | | | | |
| | | | Case No. as follows:  11-02674 through 11-02681. | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,344.00 | 2,344.00 | 0.00 |
| Less:  Bank Transfers/CD's | 2,344.00 | 0.00 | |
| Subtotal | 0.00 | 2,344.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,344.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1996 | 30,000.00 | 150,648.21 | 0.00 |
| BofA - Money Market Account - *******1215 | 124,667.50 | 1,675.29 | 0.00 |
| BofA - Checking Account - *******2057 | 0.00 | 2,344.00 | 0.00 |
| | 154,667.50 | 154,667.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          2,344.00          2,344.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-49594
Case Name: PERFEKT PUNCH MFG. CO.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017A | Pension Benefit Guaranty Corporation Attn: Katie Burgess , Attorney 1200 K Street, NW , Suite 340 Washington, DC 20005-4026 | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Attorney for Trustee Expenses: COHEN & KROL | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____

Remaining Balance                                                 $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia PA 19114 | $ | $ | $ |
| 000017B | Pension Benefit Guaranty Corporation Attn: Katie Burgess , Attorney 1200 K Street, NW , Suite 340 Washington, DC 20005-4026 | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely

allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

NONE

      Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE